IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. |
| ) | |
| **JASON E. INGRAM** ) | |

## INFORMATION

The United States Attorney charges that:

### Count One
### Conspiracy to Commit Bribery of a Public Official
### [18 U.S.C. § 371]

1.　Beginning in or around 2016 and continuing until on or about April 8, 2021, more specific dates unknown to the United States Attorney, in Lauderdale County and elsewhere, within the Northern District of Alabama, the defendant,

**JASON E. INGRAM**,

did conspire with others known and unknown to the United States Attorney to directly and indirectly corruptly give, offer and promise a thing of value to a public official, with intent to influence an official act and to induce such public official to do or omit to do an act in violation of the lawful duty of such official, that is he, and others in the conspiracy, did provide United States currency, in exchange for a Government Project Lead directing federal subcontracting opportunities and other employment opportunities to **JASON E. INGRAM** and Company A, and directing

funding for such federal subcontracting opportunities and employment opportunities to companies with whom JASON E. INGRAM and Company A had a working relationship, in violation of Title 18, United States Code, Section 201(b)(1).

## Object of the Conspiracy

2. It was the object of the conspiracy that the defendant, **JASON E. INGRAM**, and others known and unknown to the United States Attorney, would unlawfully enrich themselves by engaging in a conspiracy to bribe a public official for the purpose of obtaining subcontracts.

## Manner and Means of the Conspiracy

3. In order to further the objects and goals of the conspiracy, **JASON E. INGRAM** and others, both known and unknown to the United States Attorney, used the following manner and means, among others:

4. Beginning in or around 2016 and continuing until 2019, **INGRAM** and others, conspired to provide currency and other items of value to a Government Official in order to influence an official act by the Government Official.

5. On multiple occasions during the course of the conspiracy, a member of the conspiracy would and did issue checks from a corporate account made payable to "Cash." These checks were then handed to **INGRAM** who then negotiated the checks and provided the proceeds to the Government Official.

6. In exchange for this currency or these items of value, the Government Official would and did identify subcontracting opportunities for one or more of the members of the conspiracy and their companies. The Government Official would and did convince the prime contractor associated with said subcontracting opportunities to provide subcontracting opportunities to members of the conspiracy and their companies.

## Overt Acts

7. In furtherance of the conspiracy, certain overt acts were committed in the Northern District of Alabama and elsewhere, including that checks were negotiated on or about the following dates:

| Check No. | Date Written | Date Negotiated | "To" | Amount | Endorsed by |
|---|---|---|---|---|---|
| 1074 | 3/17/2017 | 4/19/2017 | Cash | $7,200.00 | Jason Ingram |
| 1076 | 3/17/2017 | 4/25/2017 | Cash | $7,200.00 | Jason Ingram |
| 1077 | 3/17/2017 | 5/1/2017 | Cash | $7,200.00 | Jason Ingram |
| 1078 | 3/17/2017 | 5/11/2017 | Cash | $7,200.00 | Jason Ingram |
| 1079 | 3/17/2017 | 5/2/2017 | Cash | $7,200.00 | Jason Ingram |
| 1080 | 3/17/2017 | 5/19/2017 | Cash | $7,200.00 | Jason Ingram |

8. Beginning in or around 2016 and continuing until 2019, the Government Official identified the following subcontract opportunities, among others, for members of the conspiracy and convinced the prime contractor associated with said subcontracting opportunities to provide subcontracting opportunities to members of the conspiracy and their companies:

- Contract number: W9113M-10-D-0003 – Task Order 1504

- Contract number: W9113M-10-D-0003 – Task Order 1604

All in violation of Title 18, United States Code, Section 371.

## Notice of Forfeiture
## [18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c)]

9. The allegations contained in Count One of this Information are re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

10. Upon conviction of the offenses in violation of Title 18, United States Code, Section 371 as set forth in Count One of this Information, the defendant **JASON E. INGRAM**, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), any and all property constituting, or derived from, proceeds the defendants obtained directly or indirectly, as a result of the commission of said offenses, including but not limited to, a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

        PRIM F. ESCALONA
        United States Attorney


        */s/ Electronic Signature*
        LLOYD C. PEEPLES
        Assistant United States Attorney